UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-7422 ODW (MANx) | Date | January 19, 2011 |
|---|---|---|---|
| Title | *Estella Ruiz v. Food For Less Market and Does 1-10* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order Granting Defendants' Motion to Dismiss [10]

    On November 29, 2010, Defendant filed its Motion to Dismiss Plaintiff's Complaint. Plaintiff has failed to oppose the motion as yet and, accordingly, the motion is hereby **GRANTED**. *See* Local Rule 7-12.

**SO ORDERED**

---- : 00

Initials of Preparer   RGN