**O**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ESTELA RUIZ,               ) | CASE NO. CV 10-07422 ODW (MANx) |
|            Plaintiff,     ) | |
| v.                     ) | ORDER **GRANTING** Plaintiff Leave to Amend |
| FOOD FOR LESS MARKET, INC.;   ) | |
| and DOES 1 through 10, inclusive,   ) | |
|          Defendants.    ) | |
| _____ ) | |

      On January 19, 2011 the Court granted Defendant's unopposed Motion to Dismiss. (Dkt. No. 17.) Plaintiff has since failed to amend her Complaint. The Court hereby **GRANTS** Plaintiff additional leave to amend. Plaintiff shall have twenty (20) days from the date of this Order in which to amend her Complaint. If Plaintiff fails to do so, all claims against Defendant will be dismissed with prejudice and judgment will be entered against Plaintiff and in favor of Defendant.

      **IT IS SO ORDERED.**

      June 22, 2011

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE